DOCUMENT 2

ELECTRONICALLY FILED
3/1/2019 11:36 AM
03-CV-2019-900358.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| CINDY THORNHILL AND ROBERT THORNHILL,<br>    Plaintiffs,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY aka STATE FARM, and KENNETH G. NALL, and fictitious defendants, A, B and C, those individuals or businesses who employed any named defendant and/or who caused or contributed to the automobile accident described herein, whose correct identities are not now known but will be substituted by amendment when ascertained,<br>    Defendants. | CASE NO.: CV 19- ____ |

## COMPLAINT

1. Plaintiff CINDY THORNHILL is at all times pertinent hereto over the age of nineteen (19) years and a bona fide resident citizen of the State of Alabama.

2. Plaintiff ROBERT THORNHILL is at all times pertinent hereto over the age of nineteen (19) years and a bona fide resident citizen of the State of Alabama and the husband of Cindy Thornhill.

3. Defendant KENNETH G. NALL is at all times pertinent hereto over the age of nineteen (19) years and a bona fide resident citizen of the State of Alabama.

1

4. Defendant STATE FARM is all times pertinent hereto believed to be a foreign insurance company organized under the laws of the State of Illinois and doing business by agent in the State of Alabama.

5. Fictitious Defendants A, B and C are presently unknown to the plaintiff. The correct names will be substituted by amendment when their true identity is ascertained by plaintiff.

6. On or about the 11th day of October 2017 at approximately 11:28 AM, upon a public highway or street in Montgomery County, Alabama, to wit: at the intersection of Mt. Meigs Road and South Capitol Parkway, the Defendant Kenneth Nall, did negligently and/or wantonly cause or allow a motor vehicle to collide with a motor vehicle operated by the plaintiff. Kenneth Nall had no automobile liability insurance at the time of the accident.

7. As a proximate consequence of said negligence and/or wantonness, the plaintiffs were caused to suffer the following injuries and damages.

8. Plaintiff Cindy Thornhill was knocked, shocked, bruised, contused and made sick and sore in various parts of her body including but not limited to her back, neck, forearm, shoulder, wrist, arms and shoulders. She has experienced pain and suffering; will continued to experience pain and suffering in the future; has experienced mental anguish; will experience mental anguish in the

future; has suffered a loss of enjoyment of life; will continue to suffer a loss of enjoyment of life in the future; has suffered a loss of income and will lose income in the future; has suffered a permanent injury and disfigurement; has incurred medical expenses and will continue to incur medical expenses in the future; and her motor vehicle was rendered less valuable.

9. Plaintiff Robert Thornhill suffered the loss of his wife's consortium.

## COUNT ONE

## NEGLIGENCE/WANTONESS AND

## NEGLIGENCE PER SE

10. On or about the 11th day of October 2017 at approximately 11:28 AM, upon a public highway or street in Montgomery County, Alabama, to wit: at the intersection of Mt. Meigs Road and South Capitol Parkway, the Defendant Kenneth Nall, did negligently and/or wantonly cause or allow a motor vehicle to collide with a motor vehicle operated by the plaintiff by running a red light in violation of Code of Alabama § 32-5A-32. *Traffic-control signal legend.*

11. As a proximate consequence of said negligence and/or wantonness, said plaintiffs were caused to suffer the injuries and damages alleged above.

3

WHEREFORE PREMISES CONSIDERED, said conduct proximately caused the aforesaid injuries and damages incurred by the plaintiffs; plaintiff seek compensatory and punitive damages for the above described acts, omissions, injuries and damages; plaintiff demands judgment against the defendants in an amount in excess of this Court's jurisdictional requirement, together with interest from the date of judgment and costs of this proceeding; and such other and different relief as found just and equitable by the Court.

## COUNT TWO

## UN-INSURED/UNDER-INSURED

## BREACH OF CONTRACT

12. Plaintiff incorporates herein by reference each and every allegation, statement and claim made above.

13. Prior to this accident, the plaintiffs purchased a policy of automobile liability insurance covering at least three vehicles from defendant State Farm which provided for underinsured/uninsured motorist coverage pursuant to Code of Alabama section 32-7-23. Said underinsured/uninsured motorist coverage was in full force and effect at the time of the accident.

4

14. State Farm was put on formal notice of an UM/UIM claim on October 24, 2017.

15. The plaintiffs demanded payment of all UIM/UM policy limits of all insured vehicles stacked as compensation for damages in the accident from State Farm.

16. State Farm has failed to pay. State Farm breached said contract of insurance by failing to pay.

WHEREFORE PREMISES CONSIDERED, plaintiffs seek compensatory and punitive damages for the above described acts and/or omissions; plaintiffs demand judgment against defendant State Farm in an amount in excess of this Court's jurisdictional requirement, together with interest from the date of notice and costs of this proceeding; and such other and different relief as found just and equitable by the Court.

Respectfully Submitted,

*Darron C. Hendley*
Darron C. Hendley (HEN030)
Attorney for Plaintiffs
323 Adams Avenue
Montgomery, AL 36104
Ph (334)300-5836
Fx (334)263-0032

5

## JURY DEMAND

The plaintiffs do not demand trial by jury.

*Darron C. Hendley*

Darron C. Hendley (HEN030)
Attorney for Plaintiffs

6