IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CINDY THORNHILL and ROBERT THORNHILL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:20cv48-MHT (WO) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, also known as State Farm, | ) ) ) ) ) | |
| Defendant. | ) | |

ORDER

Pursuant to the joint stipulation of the parties that this case should be remanded to the state court without prejudice (doc. no. 13), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is remanded to the Circuit Court of Montgomery County, Alabama.

It is further ORDERED that plaintiffs' motion to remand (doc. no. 4) is denied as moot, and that any and all other pending motions are left for disposition by the state court after remand.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 18th day of February, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE